UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTON ADAMS,

                        Petitioner,

            -against-

LYNN LILLY,

                        Respondent.

22-CV-8106 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner filed this *pro se* petition for a writ of *habeas corpus* and submitted a check for the $5.00 filing fee payable to the United States District Court for the Eastern District of New York rather than this court. On September 27, 2022, this action was transferred to the United States District Court for the Northern District of New York. The Court now directs the Clerk of Court to return the deficient check to Petitioner.[1]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

 Dated:    January 13, 2023
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

---

[1] Because the case in this court is closed, if Petitioner has any questions relating to payment of the filing fee for his *habeas corpus* action, he must contact the Northern District of New York.